# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 26, 2010

Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

**Nos**. 09-8046 and 09-8047

| | |
|---|---|
| SANDRA BERGQUIST,<br>    *Plaintiff-Respondent*,<br><br>**v.**<br><br>MANN BRACKEN, LLP, and FIA CARD SERVICES, N.A.,<br>    *Defendants-Petitioners*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 09 C 5056<br>Harry D. Leinenweber, *Judge*. |

**Order**

The slip opinion of this court issued on January 26, 2010, is amended as follows: Page 2, line 6, change "whether" to "how".